# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY FLANAGAN

NO. 2025 KW 0893

**NOVEMBER 17, 2025**

---

In Re:    Terry Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-04145.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED AS MOOT.** According to the records of the East Baton Rouge Parish Clerk of Court's Office, Judge Tarvald A. Smith now presides over Section 10 and is no longer the presiding judge in this matter. Furthermore, on March 11, 2025, relator's case was randomly reallotted from Section 5 to Section 2, which is presided over by Judge Gail Horne Ray. Thus, relator's motion to recuse Judge Smith is moot.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT